AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jaron Stephenson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10566 |
| National Beverage Corp. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 12/22/25

*Attorney's signature*

Jon L. Norinsberg, Esq.
*Printed name and bar number*

Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, New York 10022

*Address*

jon@norinsberglaw.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*